IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00086-WDM-CBS

JANE DOE,

    Plaintiff,

v.

BERRY COLLEGE, and
MARCUS SANDELOWSKY,

    Defendants,

and

MARCUS SANDELOWSKY,

    Counterclaim and Cross-Claim Plaintiff,

v.

JANE DOE #1,
JANE DOE #2,
JANE DOE #3,
CAROL WILLIS, individually and as an agent and employee of Barry College,
CARRIE BAKER, individually and as an agent and employee of BERRY COLLEGE, and
JOHN & JANE DOE INDIVIDUALS (13),

    Counterclaim and Cross-Claim Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Stay Proceedings (*doc. no. 8)* is **GRANTED**. The motion hearing set for February 26, 2007, at 10:00 a.m. (Mountain Time) is **CONVERTED** into a telephonic status conference. Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

IT IS FURTHER ORDERED that all proceedings in this matter are hereby STAYED pending the February 26th telephonic status conference.

**DATED:** February 2, 2007