**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00086-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 10, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JANE DOE,                                              Amanda A. Farahany, via telephone

    **Plaintiff,**

    v.

BERRY COLLEGE, *et al.*,                               Harvey S. Gray, via telephone

    **Defendants.**

and

MARCUS SANDELOWSKY,                            Terry D. Jackson, via telephone

    **Counterclaim and Cross-Claim Plaintiff,**

    v.

JANE DOE #1, *et al,*                                   PK Patel, via telephone

    **Counterclaim and Cross-Claim Defendants.**

DEPONENT #1, *et al.,*                                 Stephanie Struble, via telephone
                                                       Steve Kapnik, via telephone
    **Movants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:       3:09 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

ORDERED:   **The oral motion by counsel for Marcus Sandelowsky to withdraw subpoenas is granted for the reasons stated on the record.**

ORDERED:   **The Motion to Quash [filed January 12, 2007; doc. 2] is denied as moot due to the granting of the oral motion to withdraw subpoenas.**

ORDERED:   **The Motion for Protective Order [filed January 12, 2007; doc. 2] is denied as moot due to the granting of the oral motion to withdraw subpoenas.**

ORDERED:   **The Motion to Seal [filed January 16, 2007; doc. 4] is granted for the reasons stated on the record.  The Motion to Quash and Motion for Protective Order are hereby sealed.**

ORDERED:   **The Court having made determinations and entered appropriate orders, this discovery dispute is hereby fully resolved pursuant to D.C.COLO.LCivR 72.1.B.7.**

HEARING CONCLUDED.

**Court in Recess:       3:22 p.m.**
Total In-Court Time:     00:13